No. 11-5775. Glenford G. Thompson, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 544, 2011 U.S. LEXIS 8702.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7261.

No. 11-5783. Kenneth Leslie Caldwell, Petitioner v. Idaho, et al.

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 544, 2011 U.S. LEXIS 8675.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7323.

No. 11-5947. Delmo Figura Torrefranca, Petitioner v. William K. Suter, Clerk, Supreme Court of the United States, et al.

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 544, 2011 U.S. LEXIS 8696.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 953, 132 S. Ct. 423, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7369.

No. 11-5790. Zakariah LaFreniere, Petitioner v. Regents of the University of California.

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 544, 2011 U.S. LEXIS 8794.

December 5, 2011. Petition for rehearing denied. Justice Breyer took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 960, 132 S. Ct. 418, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7219.